ALBANY,
January, 1816.

RUSSELL
v.
BARNES.

*Judgment for the plaintiff.*

## RUSSELL *against* BARNES.

On a motion for judgment, as in case of nonsuit, for not bringing to trial an issue joined in the city of *New-York*, the affidavit must state that the cause could have been tried, in its order on the calendar, or that younger issues were tried.

*D. S. JONES*, for the defendant, moved for judgment, as in case of nonsuit, in this cause, for not bringing on the cause to trial at the last sittings in the city of *New-York*, and read an affidavit.

*I. Hamilton*, contra, objected, that the affidavit did not state that the cause could have been tried in its order, or that younger issues had been tried.

*Per Curiam.* In regard to issues joined in the city and county of *New-York*, the affidavit, on a motion for a nonsuit, for not

proceeding to trial, ought to state that the cause might have been tried in its order on the calendar, or that younger issues were tried. We cannot, judicially, take notice of the fact.

Motion denied.(a)

(a) See *Ross* v. *Vaughan*, 3 *Johns. Rep.* 442.